UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KERRI ADAIR,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>LIFEMAP ASSURANCE COMPANY,<br><br>　　　　　　Defendant. | CASE NO. 2:18-cv-0872-BAT<br><br>**ORDER GRANTING STIPULATED MOTION TO SEAL ADMINISTRATIVE RECORD AND DISPOSITIVE MOTIONS BASED THEREON** |

The parties stipulate that because the administrative record contains sensitive medical records and discussion of Plaintiff's private medical information, there are compelling reasons to allow that record, and dispositive motions based on that record, to be filed under seal. Dkt. 9.

Although Local Civil Rule 5(g) establishes a "strong presumption in favor of public access to the Court's files" and the Ninth Circuit recognizes a "strong presumption of public access to documents attached to dispositive motions," the "need to protect medical privacy qualifies in general as a 'compelling reason'" to allow records to be filed under seal. *Karpenski v. Am. Gen. Life Companies, LLC*, No. 2:12-CV-01569RSM, 2013 WL 5588312, at \*1 (W.D. Wash. Oct. 9, 2013), (quoting Local Civil Rule 5(g) and *Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006)). *See also Macon v. United Parcel Serv., Inc.*, 2013 WL 951013, at \*5 (W.D. Wash. Mar. 12, 2013) (granting unopposed motion to seal

ORDER GRANTING STIPULATED MOTION
TO SEAL ADMINISTRATIVE RECORD AND
DISPOSITIVE MOTIONS BASED THEREON
- 1

medical records given the "private nature of the documents at issue"); *Gray v. Unum Life Insurance Company of America*, No. 3:17-CV-01414-HZ, 2018 WL 1811470 at *3 (D. Or. Apr. 17, 2018) ("Plaintiff's interest in keeping her personal and medical information private outweighs the right of public access and is a compelling reason" to seal the administrative record in ERISA disability benefit case.)

Accordingly, the Court **GRANTS** the parties' stipulated motion (Dkt. 9) and **ORDERS** that the administrative record in this action, and dispositive motions based on that record, be filed and maintained under seal.

DATED this 7th day of August, 2018.

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

ORDER GRANTING STIPULATED MOTION
TO SEAL ADMINISTRATIVE RECORD AND
DISPOSITIVE MOTIONS BASED THEREON
- 2