UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KERRI ADAIR,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>LIFEMAP ASSURANCE COMPANY,<br><br>　　　　　　　　Defendant. | CASE NO. 2:18-cv-00872-BAT<br><br>**ORDER GRANTING STIPULATED BRIEFING SCHEDULE AND DENYING MOTION FOR TELEPHONIC CONFERENCE** |

Before the Court is the parties' stipulated motion to continue hearing on Plaintiff's motion for judgment and for an amended briefing scheduling to allow Defendant to file a cross-motion for judgment under Fed. R. Civ. P. 52. Dkt. 29. The Court finds that good cause to amend the briefing scheduling exists as the Court will decide this case based on the administrative records and the parties' cross-motions. Also pending is Defendant's motion for a telephonic status conference to discuss the filing of Rule 52 motions and the conduct of discovery. Dkt. 15. Plaintiff agrees that Rule 52 is the appropriate method for adjudicating this case, and confirms that she need not conduct discovery. Dkt. 27.

Accordingly, it is **ORDERED**:

(1)　The parties' stipulated motion (Dkt. 29) is **GRANTED**;

(2)　Hearing on Plaintiff's motion (Dkt. 19) is continued to **December 14, 2018**;

ORDER GRANTING STIPULATED
BRIEFING SCHEDULE AND DENYING
MOTION FOR TELEPHONIC CONFERENCE
- 1

1    (3)    Defendant shall file its Cross-Motion for Judgment and Opposition to Plaintiff's Motion for Judgment by **November 5, 2018**,

(4)    Plaintiff shall file her Opposition to Defendant's Cross-Motion by **December 7, 2018**.

(5)    Defendant shall file its Reply to Plaintiff's Opposition to Defendant's Motion and Plaintiff shall file her Reply to Defendant's Opposition to Plaintiff's Motion by **December 14, 2018**.

(6)    Defendant's motion for telephonic status conference (Dkt. 15) is **DENIED as moot** in light of this Order and Plaintiff's representation that she will not be conducting discovery (Dkt. 27).

DATED this 10th day of October, 2018.

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge