# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

KERRI ADAIR,

    Plaintiff,

v.

LIFEMAP ASSURANCE COMPANY,

    Defendant.

No. 2:18-cv-00872 BAT

ORDER DISMISSING ACTION WITH PREJUDICE

The Parties herein, by and through their counsel, have jointly stipulated and agreed that this action may be dismissed in its entirety, with prejudice and without costs or attorney fees to either party. Dkt. 33. Accordingly, it is hereby **ORDERED:**

1. The parties' Joint Stipulated Motion to Dismiss (Dkt. 33) is **GRANTED**;

2. This action is **dismissed with prejudice** and without costs or attorney fees to either Party.

Dated this 19th day November, 2018.

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge